UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| NORMAN H. REYNOLDS III | ) | CASE NO. 05-71010-BHL-7A |
| | ) | |
| Debtors | ) | |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed. R. Bankr. P. 3011, Stacy Wissel, Trustee herein, submits the following notice of unclaimed dividends to the Court,

| Payee(s) | Last Known Address(es) | Amount(s) |
|---|---|---|
| Norman Reynolds ** | c/o Michael Hayden<br>2906 First Avenue<br>Evansville IN 47710 | $3,969.31 |
| | | **Total $3,969.31** |

** Debtor is deceased - this represents a debtor refund.

DATE: Wednesday, March 30, 2016     /s/ Stacy Wissel
Stacy Wissel, Trustee
PO Box 68
Decker, IN 47524-0068
812-886-6452
swissel@sbcglobal.net

Certificate of Service

I do hereby certify that on Wednesday, March 30, 2016, a copy of the foregoing **Trustee's Notice of Unclaimed Dividends** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

        Michael Hayden - mhayden@evansvlle.net
        U.S.Trustee - ustpregion10.in.ecf@usdoj.gov
        Stacy M. Wissel - tr_wissel_ecf@sbcglobal.net, IN57@ecfcbis.com

I further certify that on Wednesday, March 30, 2016, a copy of the foregoing **Trustee's Notice of Unclaimed Dividends** was mailed by first-class United States Mail, postage prepaid, and properly addressed to the following:

Misty Patterson
399 N. Decker Road
Boonville Indiana 47601

Norma Reynolds
5711 W. State Route 66
Newburgh In 47630

Tarri Reynolds
3214 Apt. B Vann Park Blvd
Evansville In 47714.

Norman Reynolds Iv
1123 Country Place Drive. Apt 22
Boonville In 47601

Melissa Reynolds
2506 W Delaware
Evansville IN 47712

        BY:___/s/ Stacy Wissel_____
        Stacy Wissel, Trustee
        Post Office Box 68
        Decker, IN 47524
        812.886.6452
        812.886.6522 (fax)
        swissel@sbcglobal.net